B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Nevada | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>R & S St. Rose, LLC | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>3110 S. Durango Dr., Suite 203<br>Las Vegas, NV 89117 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>same |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Clark County                                ZIP CODE  89117 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
St. Rose Parkway and Spencer Road, Henderson, Nevada

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7      ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  R & S St. Rose, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ David B. Byrne, Jr.
Signature of Petitioner or Representative (State title)
David B. Byrne, Jr.                     05/13/2010
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
100 Colonial Bank Blvd., Build. B, 3rd Floor
Montgomery, AL 36117

SENIOR VICE PRESIDENT

x /s/ Douglas D. Gerrard, Esq.          05/13/2010
Signature of Attorney                    Date
Douglas D. Gerrard, Esq., NV Bar No. 4613
Name of Attorney Firm (If any)
2450 St. Rose Pkwy., Henderson, NV 89074
Address
(702) 796-4000          (702) 796-4848
Telephone No.           FAX No.

EMAIL: dgerrard@gerrard-cox.com

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney       Date

Name of Attorney Firm (If any)

Address

Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney       Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Branch Banking and Trust Company | Promissory Note | NOT INCLUDING ATTORNEY FEES<br>35,868,156.50 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>35,868,156.50 |

2 continuation sheets attached

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:   R & S St. Rose, LLC   
　　　　　　　　Debtor(s)

Case No. _____

Chapter   7   

## LIST OF KNOWN CREDITORS

Branch Banking and Trust Company  
100 Colonial Bank Blvd.  
Montgomery, AL 36117

Federal Deposit Insurance Corporation  
as receiver of Colonial Bank, Montgomery Alabama  
Division of Resolutions and Receiverships  
1601 Bryan Street  
Dallas, TX 75201

R & S St. Rose Lenders, LLC  
3110 S. Durango Drive, Ste. 203  
Las Vegas, NV 89117

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:   R & S St. Rose, LLC
                    Debtor(s)

Case No. _____

Chapter   7

## MAILING MATRIX

Douglas D. Gerrard, Esq.
GERRARD COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
Attorneys for Branch Banking
and Trust Company

Sam E. Taylor, Esq.
FDIC Legal Division
Dallas Regional Office
1601 Bryan Street
Dallas, TX 75201
Attorneys for Federal Deposit
Insurance Corporation

R & S St. Rose Lenders, LLC
3110 S. Durango Drive, Ste. 203
Las Vegas, NV 89117