**Entered on Docket**
**October 29, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | Case No. 10-18827-MKN |
| ) | |
| R & S ST. ROSE, LLC, ) | Chapter 7 |
| ) | |
| Alleged Debtor. ) | Date:   June 23, 2010 |
| ) | Time:  9:30 a.m. |

**ORDER ON MOTION TO DISMISS**

The court having entered its Memorandum Decision on Motion to Dismiss ("Memorandum Decision") concurrently herewith,

**IT IS HEREBY ORDERED** that the Motion to Dismiss Involuntary Petition brought by R&S St. Rose, LLC, Forouzan, Inc., RPN, LLC, Saiid Forouzan Rad, and Phillip Nourafchan, Docket No. 9, be, and the same hereby is, **GRANTED**.

**IT IS FURTHER ORDERED** that the involuntary petition is **DISMISSED** for the reasons set forth in the Memorandum Decision.

Copies noticed through ECF to:

OGONNA M. ATAMOH oatamoh@nevadafirm.com,
   bkecf@nevadafirm.com;sliberio@nevadafirm.com;manthony@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;cmecf40@gmail.com

DOUGLAS D. GERRARD DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwaddoups@gerrard-cox.com;jberghammer@gerrard-cox.com

RICHARD F. HOLLEY rholley@nevadafirm.com, vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com;manthony@nevadafirm.com;oatamoh@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;cmecf40@gmail.com

KYLE O. STEPHENS Shac@lslawnv.com

U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

and sent via U.S. mail to:

    JULIE L. SANPEI

    400 S. FOURTH ST., 3RD FLOOR

    LAS VEGAS, NV 89101

and sent via BNC to:

    R & S ST. ROSE, LLC
    3110 S. DURANGO DRIVE, SUITE 203
    LAS VEGAS, NV 89117

    All parties on the BNC mailing list

# # #