Joseph S. Kistler (3458)
Richard L. Doxey (9005)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel. (702) 385-2500
Fax (702) 385-2086
rdoxey@hutchlegal.com

*Attorneys for Creditor*
*Branch Banking and Trust Company*
*successor in interest to FDIC as receiver*
*of Colonial Bank N.A.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: 11-14973-mkn |
| | CHAPTER 11 |
| R & S ST. ROSE LENDERS, LLC | |
| Debtor. | |
| | Date: October 5, 2011 |
| | Time: 9:30 a.m. |

### BRANCH BANKING AND TRUST COMPANY'S REPLY TO LIMITED OPPOSITION TO MOTION TO MODIFY AUTOMATIC STAY TO ALLOW STATE COURT APPEAL TO PROCEED

Creditor, Branch Banking and Trust Company, by and through counsel HUTCHISON & STEFFEN, LLC, replies to the Debtor's limited opposition to the request to modify the automatic stay to allow appellate proceedings to continue in that certain appeal in the Nevada Supreme Court, styled "R&S St. Rose Lenders v. Branch Banking and Trust Company", appeal number 56640. This reply is based upon the attached points and authorities, and any oral

/ / / /

/ / / /

/ / / /

argument permitted by the Court.

Dated: September 28, 2011.

HUTCHISON & STEFFEN, LLC

*Joseph S. Kistler*

Joseph S. Kistler, Esq.
Richard L. Doxey, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel. (702) 385-2500
Fax (702) 385-2086
jkistler@hutchlegal.com
rdoxey@hutchlegal.com

## POINTS AND AUTHORITIES

**A.   This Court's Order should not indicate that attorney fees are approved**

The Debtor has requested to have language in the order stating that attorney fees should be paid from the estate. Compensation of attorneys is still be governed by Section 330 of the Bankruptcy Code and there should be no indication in the modification of stay order that attorney fees are approved and to be paid by the estate. Application for fees still needs to be made and the right to oppose and consider the reasonableness of the fees needs to be provided.

Further, any counsel that provides representation to the Debtor in the appellate proceedings should be approved by the Court pursuant to Sections 327, 330, 1107 of the Code and should be limited the representation of the Debtor and no other parties to the appeal.

**B.   The Debtor's request for other provisions in the Order should not enlarge any rights provided by law.**

The Debtor's other provisions that it requests to be in the order need to indicate that the Debtor's rights are not enlarged beyond those rights given by applicable law. Thus, if applicable law gives the Debtor certain rights, then those rights are preserved. BB&T opposes any suggestion by the Debtor that would result in rights granted to the Debtor in addition to those rights given by applicable law.

## CONCLUSION

Based upon BB&T's motion and Debtor's limited opposition, this Court should modify the automatic stay in both the Rose and Lenders bankruptcies to allow BB&T to proceed with its appeal of the State Court judgment. After completion of the appeal, the parties can report back to the Court to determine what further proceedings, if any, are necessary in State Court or this Court.

Dated: September 28, 2011.

HUTCHISON & STEFFEN, LLC

*Joseph S. Kistler*
Joseph S. Kistler, Esq.
Richard L. Doxey, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel. (702) 385-2500
Fax (702) 385-2086
jkistler@hutchlegal.com
rdoxey@hutchlegal.com