**Entered on Docket**
**October 17, 2011**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

Joseph S. Kistler (3458)
Richard L. Doxey (9005)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel. (702) 385-2500
Fax (702) 385-2086
rdoxey@hutchlegal.com

*Attorneys for Creditor*
*Branch Banking and Trust Company*
*successor in interest to FDIC as receiver*
*of Colonial Bank N.A.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>R & S ST. ROSE LENDERS, LLC<br><br>Debtor. | ) CASE NO.: 11-14973-mkn<br>) CHAPTER 11<br>)<br>)<br>)<br>)<br>) Date: October 5, 2011<br>) Time: 9:30 a.m.<br>)<br>) |

### ORDER GRANTING BRANCH BANKING AND TRUST COMPANY'S MOTION TO MODIFY AUTOMATIC STAY TO ALLOW STATE COURT APPEAL TO PROCEED

Branch Banking and Trust Company's Motion to Modify Automatic Stay to Allow State Court Appeal to Proceed having regularly come before the Court on October 5, 2011 at 9:30 a.m., Joseph Kistler of Hutchison & Steffen appearing on behalf of Branch Banking Trust

Company ("BB&T") and Zachariah Larsen and special counsel Samuel Schwartz appearing for the Debtor; proper service having been completed; the Court having considered the pleadings and papers on file, and upon hearing oral argument enters the following Order:

## ORDER

IT IS HEREBY ORDERED that the automatic stay is modified to allow BB&T to proceed with its appeal before the Nevada Supreme Court involving the Debtor.

IT IS FURTHER ORDERED that following resolution of the appeal by the Nevada Supreme Court, the parties shall report back to this Court to determine if further proceedings are necessary in the State Court or in this Court.

Dated October 12, 2011.

HUTCHISON & STEFFEN, LLC

_Joseph S. Kistler_
Joseph S. Kistler, Esq.
Richard L. Doxey, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel. (702) 385-2500
Fax (702) 385-2086
jkistler@hutchlegal.com
rdoxey@hutchlegal.com

Local Rule 9021 Certification

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: Samuel Schwartz, Esq. - approved; Zachariah Larson, Esq. - no response

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

*/s/ Joseph S. Uitler*
Counsel for Movant

- 3 -